570 A.2d 1322

**Paul D. HAYNES and Joyce A. Haynes and Gary H. Haynes and Susan Haynes, Appellants,**

**v.**

**William E. LYON and Homer F. Grimm, Jr., and Homer F. Grimm, Jr., and Alora N. Grimm and Nicholas J. Botera, Jr.**

Supreme Court of Pennsylvania.

Argued March 5, 1990.

Decided March 21, 1990.

John E. Rydesky, John E. Rydesky, P.C., Emporium, for appellants.

Paul Malizia, Joseph J. Malizia, P.C., Emporium, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Motion to Dismiss Appeal granted.

LARSEN, J., dissents.